NUMBER 13-99-820-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


__________________________________________________________________



MARGARET BASS , Appellant,



v.




TEXAS ASSOCIATION OF SCHOOL BOARDS AND FLOUR BLUFF 

INDEPENDENT SCHOOL DISTRICT , Appellees.

__________________________________________________________________



On appeal from the 28th District Court

of Nueces County, Texas.


__________________________________________________________________



OPINION ON REMAND



Before Justices Dorsey, Castillo, and Kennedy (1)

Opinion by Justice Dorsey




 This Supreme Court of Texas remanded this cause to this Court for correction of our original opinion and
judgment. See Texas Association of School Boards, Inc. v. Margaret Bass, No. 01-1105 (Tex. July 3, 2002)
(slip op. at 3). In our original opinion, we reviewed a take-nothing judgment entered by the trial court after
the court granted a joint motion for summary judgment filed by Texas Association of School Boards, Inc. and
Flour Bluff, I.S.D. See Bass v. Texas Association of School Boards and Flour Bluff I.S.D., 55 S.W.3d 735
(Tex. App.--Corpus Christi 2001).

 We affirmed the trial court's grant of summary judgment in favor of Texas Association of School Boards, but
reversed its grant of summary judgment in favor of Flour Bluff I.S.D. Id. at 738-740. Rather than affirm, in
part, and reverse, in part, we reversed the judgment in its entirety and instructed the trial court to proceed
further consistent with our opinion. Id. at 740. The supreme court has ordered us to correct our disposition
so that it conforms with the analysis contained in our opinion. Texas Association of School Boards, No.
01-1105, slip op. at 3.

 Accordingly, we AFFIRM the take-nothing judgment entered in favor of Texas Association of School
Boards, and REVERSE the judgment with regard to Bass's claims against Flour Bluff I.S.D., conclude the
trial court erred in granting summary judgment on Bass's claims against Flour Bluff I.S.D., and REMAND
those claims to the trial court for further proceedings consistent with this opinion.



J. BONNER DORSEY,

Justice



Justice Kennedy not participating.



Publish .

Tex. R. App. P. 47.3(b).



Opinion delivered and filed

this 1st day of August, 2002.

1. Senior Justice Noah Kennedy assigned to this court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).